UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.: 03-62225-CIV-COHN/SNOW

DRESDNER BANK AG IN HAMBURG,
KREDITANSTALT FUR WIEDERAUFBAU and
NORDDEUTSCHE LANDESBANK-
GIROZENTRALE,

        Plaintiffs,

vs.

STEAMSHIP MUTUAL
UNDERWRITING ASSOCIATION
(BERMUDA) LTD., *et al.*

        Intervening Plaintiffs,

vs.

THE M/V OLYMPIC VOYAGER, *in rem*,
OLYMPIC WORLD CRUISE, INC.,
*in persomam*,

        Defendants.

_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court pursuant to the Court's Amended Findings Re: Amount of Steamship Lien, issued today. It is thereupon,

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Steamship Mutual Underwriting Association (Bermuda) Ltd. ("Steamship") and against Plaintiff Banks. Steamship shall recover of Plaintiff Banks the sum of $278,431.83, consisting of the principal amount of $274,770.11 and pre-judgment interest in the

amount of $3,661.72. This judgment of $278,431.83 shall bear the post-judgment interest rate of 2.82% per annum from January 12, 2005, for which let execution issue.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 12th day of January, 2007.

JAMES I. COHN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record